```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
B.R.,
                                              ORDER
                  Plaintiff,
                                              19-CV-1155(KAM)(PK)
     -against-

UNITED STATES OF AMERICA, WARDEN FRANK
STRADA, WARDEN KIMBERLY ASK CARLSON,
WARDEN HERMAN QUAY, LIEUTENANT EUGENIO
PEREZ, and JOHN DOES 1-3,

                  Defendants.
----------------------------------------X
```

**WHEREAS**, Plaintiff has asserted claims against Defendants in the above-captioned case arising out of an alleged sexual assault by Defendant Eugenio Perez in April of 2016;

**WHEREAS**, Defendant Eugenio Perez answered the complaint on May 13, 2019, but did not assert any counterclaims or crossclaims in his answer;

**WHEREAS**, Plaintiff has subsequently dismissed or resolved her claims with all other Defendants, and has attempted to voluntarily dismiss her claims against Defendant Eugenio Perez pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but has not received a signed copy of the stipulation of dismissal or any other response from Defendant Eugenio Perez regarding the Plaintiff's dismissal of her claims against him;

**IT IS HEREBY ORDERED** that, as requested by Plaintiff B.R. in her letter filed on March 5, 2024, all claims asserted by Plaintiff B.R. against Defendant Eugenio Perez in the above-captioned action are dismissed with prejudice, and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(2).

Plaintiff is respectfully directed to serve a copy of this Order on Defendant Eugenio Perez and note service on the docket no later than March 8, 2024.

**SO ORDERED**

Dated:    March 6, 2024
          Brooklyn, New York

**HON. KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York